1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| Hugo Chavarria, a male individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A., d/b/a AMERICA'S SERVICING COMPANY, a National Bank Association; et al.<br><br>　　　　Defendants. | Case No. 2:15-cv-03403 BRO (ASx)<br>Hon. Beverly Reid O'Connell<br>Ctrm. 14 – Spring St.<br><br>**JUDGMENT OF DISMISSAL**<br><br>Action Filed:   May 6, 2015 |

55000.1572/4669690.1

JUDGMENT OF DISMISSAL

1    On August 12, 2015, the Court issued an order (the "Court Order," see ECF
2 No. 19) granting the Motion to Dismiss filed by Defendants WELLS FARGO
3 BANK, N.A.; THE BANK OF NEW YORK MELLON, fka The Bank of New York
4 as Successor in interest to JP Morgan Chase Bank NA as Trustee for Structured
5 Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2004-6, Mortgage
6 Pass-Through Certificates, Series 2004-6, and MORTGAGE ELECTRONIC
7 REGISTRATION SYSTEMS, INC. (collectively "Defendants").

8    GOOD CAUSE APPEARING THEREFORE,

9    IT IS ORDERED, ADJUDGED, AND DECREED that Defendants shall have
10 a judgment of dismissal entered in their favor and against Plaintiff.  Plaintiff's entire
11 action is dismissed with prejudice as to Defendants.  Plaintiff shall take nothing
12 against Defendants.

15 DATED:  August 17, 2015   _____
16                             BEVERLY REID O'CONNELL
                               UNITED STATES DISTRICT COURT
17                             JUDGE